IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. )                    CR. NO. 1:26CR60-RAH-KFP
)                    [18 U.S.C. § 922(o)]
)
JALEN HEZEKIAH BAKER )

INDICTMENT

The Grand Jury charges:

COUNT 1
(Illegal Possession of a Machinegun)

On or about September 3, 2023, in Houston County, within the Middle District of Alabama,

the defendant,

JALEN HEZEKIAH BAKER,

knowingly possessed a machinegun, that is, a Glock model 22, .40 caliber pistol converted to fully

automatic by way of a Machinegun Conversion Device, in violation of Title 18, United States

Code, Section 922(o).

A TRUE BILL:

Foreperson

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

Christopher P. Moore
Assistant United States Attorney